# Gillespie *v.* The State.

*Carrying Concealed Weapon.*

(Decided April 4, 1912.　58 South. 680.)

*Carrying Concealed Weapon; Statute; Constitutionality.*—Section 2, Acts 1909, p. 258, is not invalid as violative of any constitutional right.

APPEAL from Marengo Law and Equity Court.

Heard before Hon. E. J. GILDER.

Luke Gillespie was convicted of carrying a concealed pistol, and he appeals.　Affirmed.

L. R. WILSON, for appellant.　No brief reached the Reporter.

R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.　The demurrers were properly overruled, on the authority of *Vines v. The State,* 58 South. 1038; *Isaiah v. The State,* 58 South. 53.

PELHAM, J.—This is an appeal on the record, and the only question presented to the court is the constitutionality of section 2 of the act regulating the right to carry a pistol in this state.—Acts Sp. Sess. 1909, p. 258.

Defendant's contention is not well taken. The act in question has been held not to be violative of the Constitution by the Supreme Court.—*Jacob Isaiah v. State*, 58 South. 53, at present term.

Affirmed.

### *Carrying Concealed Weapon.*

